

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA ELENA VENTURA, | § | No. 08-23-00352-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GOMEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2020DCM0672) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.